# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ORTEGA,<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. a corporation, FADY JABEILA, an individual and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No. 2:11-cv-01921-WBS-GGH<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: April 13, 2011<br>Judge: Hon. William B. Shubb<br>Trial: May 21, 2013 |

**PURSUANT TO THE STIPULATION OF THE PARTIES**, and for good cause shown, this action is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:   April 6, 2012

*/s/ William B. Shubb/*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

11949527.1 (OGLETREE)